# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Melvin Waddy, et al.

v.                                        Case Number: 4:19–cv–04383

GeoVera Specialty Insurance Company

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**     Courtroom 8C
               United States District Court
               515 Rusk Avenue
               Houston, Texas 77002

**DATE:** 7/17/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    May 8, 2020

                                        David J. Bradley, Clerk